IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCEDEZ LYNN, a minor, by and through her parents and natural guardians, MELISSA LYNN AND ROBERT LYNN, and MELISSA LYNN and ROBERT LYNN, in their own right, | CIVIL ACTION NO. 2:10-cv-01059-GLL |
| Plaintiff, | |
| v. | |
| YAMAHA GOLF-CAR COMPANY, FORMERLY KNOWN AS YAMAHA GOLF COMPANY; YAMAHA MOTOR MANUFACTURING CORPORATION; YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA AND YAMAHA MOTOR MANUFACTURING CORPORATION, U.S.A., | JURY DEMANDED |
| Defendants. | |

## ORDER OF COURT

AND NOW, to wit, this 19th day of MAY, 2011, upon review of the Stipulation of the parties, the Court hereby finds that good cause exists for the entry of a Protective Order and the Stipulation entered into between the parties is hereby adopted as the Protective Order of this Court.

BY THE COURT:

_Gary L. Lancaster_