IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCEDEZ LYNN, a minor, by and through her parents and natural guardians, MELISSA LYNN AND ROBERT LYNN, and MELISSA LYNN and ROBERT LYNN, in their own right,<br><br>Plaintiffs,<br><br>v.<br><br>YAMAHA GOLF-CAR Company, formerly known as YAMAHA Golf Company; YAMAHA Motor Manufacturing Corporation; YAMAHA Motor Manufacturing Corporation of America and YAMAHA Motor Manufacturing Corporation, U.S.A.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:10-cv-01059-GLL<br><br><br><br><br><br><br><br><br><br>JURY DEMANDED |

## [PROPOSED] ORDER OF COURT

AND NOW, to wit, this 25th day of May, 2011, as the Yamaha Defendants have received the VIN for the 2000 Yamaha Golf Cart, which is the subject of the discovery dispute between the parties, the Yamaha Defendants are now are able to supplement and provide relevant and more meaningful discovery responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents. Therefore, Plaintiff's Motion to Compel is DENIED.

_____ C.J.
Gary L. Lancaster,
Chief United States District Judge

Δ to file supplemental response w/in 14 days of this date